Christopher Hansen
Name
P.O. Box 320
Bellevue Id. 83313

Prison Number

X ENTERED / RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD
APR 20 2005
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY MZ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Christopher Hansen,
                    Plaintiff,

vs.

Bureau of Prisons,

_____,

_____,

_____,
                    Defendant(s).

CV-S-05-0424-JCM-RJJ

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

## A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, **Christopher Hansen**
   (Print Plaintiff's name)

   who presently resides at ~~320~~ P.O. Box 320 Bellevue Id 83313, were

   violated by the actions of the below named individuals which were directed against

   Plaintiff at **North Las Vegas Detention Center** on the following dates
   (institution/city where violation occurred)

   **03-03-05** , _____ , and _____ .
   (Count I)          (Count II)                    (Count III)

**3**

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant **Bureau of Prisons** resides at **North Las Vegas Detention Center**
(full name of first defendant) (address if first defendant)
. This defendant is sued in his/her
and is employed as **N/A**
(defendant's position and title, if any)
___ individual **X** official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: **Kept me pass my release date**

3) Defendant _____ resides at _____,
(full name of first defendant) (address if first defendant)
. This defendant is sued in his/her
and is employed as _____
(defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: _____

4) Defendant _____ resides at _____,
(full name of first defendant) (address if first defendant)
. This defendant is sued in his/her
and is employed as _____
(defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: _____

5) Defendant _____ resides at _____,
(full name of first defendant) (address if first defendant)
. This defendant is sued in his/her
and is employed as _____
(defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was
acting
under color of law: _____

6) Defendant _____ resides at _____,
   (full name of first defendant)                 (address if first defendant)
                                                  . This defendant is sued in his/her
and is employed as _____
                    (defendant's position and title, if any)
___ individual ___ official capacity. (Check one or both). Explain how this defendant was acting

under color of law: _____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

------------------------------

## B. NATURE OF THE CASE

1) Briefly state the background of your case.
   The BOP kept me passed my release date from jail

------------------------------

## C. CAUSE OF ACTION

3

## COUNT I

The following civil rights has been violated: _Kept passed release date from jail_

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I was a federal detainee at the North Las Vegas Detention Center. My release date according to the BOP was March 3 2005. I was not released until March 4 2005. My Case N. was MJ-S-04-1273-RJJ. I have a letter stating my release date from the BOP

----------------------

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

I am entitled to compensatory damages in the amount of $1,000 dollars. I am asking for most monetary damages in the compensatory term.

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____          Christopher Hanner
(Name of Person who prepared or helped            (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                              03-30-05
                                              (Date)

----------------------------
(Additional space if needed; identify what is being continued)

9

2005 MAR 31 A 11: 37

Christopher Hansen
vs
Bureau of Prisons

Case No. # CV-S-05-0424-JCM-RJJ

addendum to complaint



Form 30.38 (Revised 07/02)